UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRITTNEY HICKS,<br><br>Defendant. | CRIMINAL ACTION NO.<br>1:23-cr-00229-07-JPB-RDC |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation Concerning Plea of Guilty [Doc. 236]. No objections have been filed.

A district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a *de novo* basis and any non-objected-to portion under a "clearly erroneous" standard. See also Fed R. Crim. Pro. 59(b)(3).

After careful consideration, the Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 236] and **ACCEPTS** Defendant's plea of guilty.

**SO ORDERED** this 4th day of March, 2024.

_____
**J. P. BOULEE**
United States District Judge